**Order issued May 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-01481-CR**
**No. 05-14-01482-CR**

---

**BRANDON DEON WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the February 6, 2014 motion of Michael Mowla for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Michael Mowla as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brandon Deon Williams, Bookin No. 14046619, Kays Tower, Dallas County Jail, P. O. Box 660334, Dallas, Texas, 75266-0334.

/ David Evans/
DAVID EVANS
JUSTICE